UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MALIK ABDUL JAMERSON BEY,**

   Plaintiff,

v.                                       No. 4:22-CV-00988-P

**396TH DISTRICT COURT, TARRANT COUNTY, TEXAS ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 18. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge finds that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that this case is **DISMISSED** for lack of prosecution, **without prejudice** to being refiled.

**SO ORDERED** on this **20th day** of **January 2023.**

*Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE